Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

**RECEIVED**

## UNITED STATES DISTRICT COURT

for the

_____ District of **MN** _____

_____ Division

MAR 27 2025

CLERK, U.S. DISTRICT COURT
ST. PAUL, MINNESOTA

| | |
|---|---|
| Donald Gerard Sauve | ) ) ) ) ) ) |
| **Plaintiff(s)** | ) ) |
| (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | ) ) ) ) ) |
| -v- | ) ) ) |
| Haley Marie (Sauve) Lindstrom | ) ) ) |
| **Defendant(s)** | ) ) |
| (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | ) ) ) ) |

Case No.   25-cv-1116 JWB/LIB

_____
(to be filled in by the Clerk's Office)

**SCANNED**
MAR 27 2025
U.S. DISTRICT COURT ST. PAUL

## COMPLAINT AND REQUEST FOR INJUNCTION

### I.   The Parties to This Complaint

**A.   The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Donald Gerard Sauve |
| Street Address | 2026 Hwy 23 |
| City and County | Mora   Kanabec |
| State and Zip Code | MN   55051 |
| Telephone Number | 320 630 8143 |
| E-mail Address | |

**B.   The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

Defendant No. 1

  Name    Haley Marie (Sauve) Lindstrom
  Job or Title *(if known)*    c/o Kaasa Law  HE superior
  Street Address    "Oronoco"
  City and County    Chisago
  State and Zip Code    MN  55079
  Telephone Number    Kaasa Office 218 451 4972
  E-mail Address *(if known)*

Defendant No. 2

  Name
  Job or Title *(if known)*
  Street Address
  City and County
  State and Zip Code
  Telephone Number
  E-mail Address *(if known)*

Defendant No. 3

  Name
  Job or Title *(if known)*
  Street Address
  City and County
  State and Zip Code
  Telephone Number
  E-mail Address *(if known)*

Defendant No. 4

  Name
  Job or Title *(if known)*
  Street Address
  City and County
  State and Zip Code
  Telephone Number
  E-mail Address *(if known)*

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction?  *(check all that apply)*

[X] Federal question          [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Civil Financial Exploytation 10 GGA § 21002, 2022
Civil Financial Exploitation 320 ILCS 20/2(f-1) + (e)(2022)
Civil Financial Exploitation 22 mRS § 3472 (2022)
see attached sheet 1

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

  a.    If the plaintiff is an individual

  The plaintiff, *(name)*  Donald Gerard Sauve , is a citizen of the
  State of *(name)*  MN .

  b.    If the plaintiff is a corporation

  The plaintiff, *(name)* _____ , is incorporated
  under the laws of the State of *(name)* _____ ,
  and has its principal place of business in the State of *(name)*
  _____ .

  *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

  a.    If the defendant is an individual

  The defendant, *(name)*  Haley Marie (Sauve) Lindstrom , is a citizen of
  the State of *(name)*  MN . Or is a citizen of
  *(foreign nation)* _____ .

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

b.      If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under

the laws of the State of *(name)* _____, and has its

principal place of business in the State of *(name)* _____.

Or is incorporated under the laws of *(foreign nation)* _____,

and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.      The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

$275,000 value of interest in real property and value of interest in all items in + on the physical property plus damages to property and associated costs storage + thing expenses etc

III.    **Statement of Claim**

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the injunction or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.      Where did the events giving rise to your claim(s) occur?
2026 Hwy 23, Mora MN 55051 in the home + on the property and garage space

B.      What date and approximate time did the events giving rise to your claim(s) occur?
3-25/25 to 3-26/25 (ongoing)

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

C.    **What are the facts underlying your claim(s)?** *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

ex-spouse originally accepted an offer of $8,000 plus half of the appraised value of property at 20268 Hwy 23 Mora mn defendant then proceeded to contact the Kanabec sheriff + have them break in - even though there was a pending court hearing/order at the time. An assortment of children + unknown persons occupied my property

IV.    **Irreparable Injury** causing theft + damages

Explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured. The reason why monetary damages later will not compensate is that I'm already 68 years old disabled + in very poor health. Please see attached documentation as I'm home hospitalized and need my home to get care continued. Also I doubt I'll ever be able to get back the lost/stolen items and it's imperative that I am able to secure my property + remaining valuables. This situation is likely increasing my post-traumatic stress disorder and separation anxiety issues

V.    **Relief**    this could be a life threatening situation

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include Due the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any to punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or ? punitive money damages.

plaintiff request that he be allowed to Long haul covid PTSD et al go back to his soley owned property and be allowed to pay off the money owed to defendant for 50%of the value of the property as agreed upon within 90 days time

Also court may award damages + other awards as deemed necessary + appropriate The amount of financial damages is unlikely to fully compensate plaintiff for full extent of damages estimate $275,000

Page 5 of 6

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 3/25/25

Signature of Plaintiff _Donald Sauve_

Printed Name of Plaintiff Donald Gerard Sauve

### B. For Attorneys

Date of signing: _____

Signature of Attorney _____

Printed Name of Attorney _____

Bar Number _____

Name of Law Firm _____

Street Address _____

State and Zip Code _____

Telephone Number _____

E-mail Address _____

| | |
|---|---|
| *Civil Financial Exploitation*<br><br>320 ILCS 20/2(f-1) & (e) (2022) | **CHAPTER 320.  AGING**<br>**Act 20. Adult Protective Services Act**<br>**AN ACT IN RELATION TO ADULT PROTECTIVE SERVICES**<br>**§ 320 ILCS 20/2.  Definitions.**<br><br>(f-1) **"Financial exploitation"** means the use of an eligible adult's resources by another to the disadvantage of that adult or the profit or advantage of a person other than that adult. |
| *Civil Financial Exploitation 22 M.R.S. § 3472 (2022)* | **TITLE 22.  HEALTH AND WELFARE**<br>**SUBTITLE 3.  INCOME SUPPLEMENTATION**<br>**PART 2.  AGED, BLIND, DISABLED OR MEDICALLY INDIGENT PERSONS**<br>**CHAPTER 958-A.  ADULT PROTECTIVE SERVICES ACT**<br>**SUBCHAPTER 1.  GENERAL PROVISIONS**<br>**§ 3472.  Definitions**<br><br>**9. Exploitation. "Exploitation" means the illegal or improper use of an incapacitated or dependent adult or that adult's resources for another's profit or advantage.** |
| *Civil Financial Exploitation 10 G.C.A. § 21002. (2022)* | **Title 10. Health and Safety.**<br>**Division 1. Public Health**<br>**Chapter 2. Division of Public Welfare.**<br>**Article 10. Adult Protective Services**<br>**§ 21002. Definitions.**<br><br>**(l) Financial or Property Exploitation means illegal or improper use of an elderly or adult with a disability's money, property, or other resources for monetary or personal benefit, profit or gain. This includes, but is not limited to, theft, misappropriation, concealment, misuse or fraudulent deprivation of money or property belonging to the elderly or adult with a disability.** |

Sheet 1

Refer to the MAARC Mandated Reporter Guide for information on using the web-based reporting system.

---

## Reporter/Information Source

| First Name * | Middle Name | Last Name * |
|---|---|---|
| Leslie | A | McNary |

| Phone Type * | Phone Number * | Extension |
|---|---|---|
| Work | 800-333-2433 | 83051 | + |

| Email Type | Email Address |
|---|---|
| Work | leslie.mcnary@cmcoa.org | + |

○ Yes ◉ No  Does the Reporter/Information Source wish to receive notification of the status of the report? *

○ Yes ◉ No  Is this information being entered by a member of Law Enforcement, MDH, DHS or County on behalf of a reporter as required by MN Stat. 626.557, Subd. 9(e)? *

| First Name | Last Name |
|---|---|
|  |  |

| Phone Type | Phone Number | Extension |
|---|---|---|
| Select one | | | + |

| Email Type | Email Address |
|---|---|
| Select one | | + |

Are you the Designated Facility Reporter for a DHS licensed provider or a MDH licensed provider? *

○ Yes, MDH licensed provider  ○ Yes, DHS licensed provider  ◉ No  ○ Don't know

---

## Vulnerable Adult (VA)

| First Name * | Middle Name | Last Name * |
|---|---|---|
| Don | G | Sauve |

*Note: If the VA's first and/or last name is not known, enter "Unknown" in the respective name field(s).*

Date of birth or estimated age is required. *Note: Age must be 18 or older.*

| Date of Birth * | Age | | Estimated Age * | Estimated Date of Birth | Gender * |
|---|---|---|---|---|---|
| 11/28/1956 | 68 | OR | | | Male |

Social Security Number

*Note: The social security number is requested to distinguish people from others with similar names and dates of birth. It is not required to complete the report.*

Race
Caucasian

| Physical location * | Location Name |
|---|---|
| | Homeless |

| Street Address | Apt/Unit# | City * | State * | Zip Code | +4 | County * |
|---|---|---|---|---|---|---|
| 2026 Hwy 23 | | Mora | MN | 55051 | | Kanabec |

Is the VA currently located at a hospital or other temporary location? *
◉ Yes  ○ No   *If yes, a secondary address is required to assist in locating the VA upon discharge*

| Address Type * | Location Name |
|---|---|
| Other | Homeless |

| Street Address | Apt/Unit# | City | State * | Zip Code | +4 | County * |
|---|---|---|---|---|---|---|
| | | Mora | MN | 55051 | | Kanabec | + |

| Phone Type | Phone Number | Extension |
|---|---|---|
| Cell | 320-630-8143 | | + |

| Email Type | Email Address |
|---|---|
| Home | dons@engineer.com | + |

Location Description
Homeless, maybe friends

| Facility/Provider | Facility/Provider Name |
|---|---|
| Select one | |

## Disabilities*

*At least one option under 'Disabilities' OR 'Needs Assistance' must be checked. Check all that apply.*

This person may be a VA based on the following condition or need:

- ☐ Chemical abuse
- ☐ Developmental disability
- ☐ Frailty of aging
- ☐ Impaired memory
- ☐ Impaired reasoning or judgment
- ☑ Mental/emotional impairment
- ☐ Physical impairment
- ☐ Traumatic brain injury

Diagnosis, if known
PTSD

## Needs Assistance*

*At least one option under 'Disabilities' OR 'Needs Assistance' must be checked. Check all that apply.*

This person is unable to meet their own needs or requires assistance for:

- ☐ Clothing
- ☐ Financial management
- ☐ Food
- ☐ Health care
- ☐ Hygiene
- ☐ Safety
- ☑ Shelter
- ☐ Supervision
- ☐ Toileting
- ☐ Unable to protect self from abuse/neglect/financial exploitation
- ☑ Other  Medical needs
- ☐ Don't Know
- ☐ None

## Receives Services*

*At least one option must be checked. Check all that apply.*

This person receives services from:

- Adult Day Care
- Adult Rehabilitative Mental Health Services (ARMHS)
- Ambulatory Surgical Center
- Assertive Community Treatment (ACT)
- Assisted Living
- Behavioral Support Services
- Board and Care
- Board and Lodge
- Boarding Care Home
- Case Manager/Care Manager/Care Coordinator
- Chore Service
- Clinic (Medical)
- Clinic (Mental)
- Community Behavioral Health Hospital
- Companion Service
- Crisis Respite
- Crisis Response Service
- Customized Living
- Day Services Facility/Day Training & Habilitation
- Day Treatment or Non-Residential Treatment – Mental Health
- Detoxification Services
- Foster Care
- Halfway House
- Home & Community Based Services
- Home Care
- Home Health Agency
- Homeless Shelter
- Homemaker
- Hospice
- Hospital
- Hospital Swing Bed
- Housing with Services
- Independent Living Skills (ILS) Training
- Informal or family caregiver
- Inpatient or Residential Chemical Dependency Treatment
- Intensive Residential Treatment Service (IRTS)
- Intermediate Care Facility for Person w/ DevelDisability (ICF/DD)
- Meals on Wheels
- Mental Health Clinic/Center
- Night Supervision
- Nursing Home/Long Term Care Facility
- Outpatient Chemical Dependency Treatment
- Outpatient Dialysis Treatment Center
- Outpatient Mental Health Clinic
- Personal Care Assistance (PCA)
- Personal Care Assistance (PCA) - Home Care
- Personal Care Assistance (PCA)-Personal Care Provider Org (PCPO)
- Personal Emergency Response System (PERS, Lifeline)
- Personal Support Program
- Physical, Occupational or Speech Therapy
- Prevocational Program
- Regional Treatment Center/State Hospital
- Residential Facility for People with Mental Illness
- Residential Services Facility/HCBS with ICF/DD
- Residential Services Facility/HCBS without ICF/DD
- Residential Treatment
- Respite Care Services
- Sex Offender Program
- Sober House
- Specialized Transportation Services
- State Operated Community Services (SOCS or EMSOCS)
- Structured Day Program
- Supervised Living Facilities (SLF)
- Supported Employment Services (SES)
- Transitional Care Unit (TCU)
- Other
- ☑ Unknown
- ☐ None

Number of Total Perpetrators *
1

## Alleged Perpetrator (AP)

○ Yes  ◉ No   Is the report for self-neglect because the vulnerable adult is neglecting his/her own needs? *

*Note: If Yes, the VA's information will autofill and allow only self-neglect allegations to be available.*

Was the alleged perpetrator providing services licensed by the Minnesota Department of Human Services or Department of Health at the time of the alleged maltreatment?*

| No | ▾ |

Is the alleged perpetrator also a vulnerable adult in the same facility or attending the same service as the vulnerable adult at the time of the alleged maltreatment?*

| Other | ▾ |

Licensed Service Provider Name *Note: Enter name of the facility or provider licensed by MN Department of Human Services or MN Department of Health.*

| Lived with the perpetrator |

*If the alleged perpetrator's name, DOB and gender are not known, proceed to the Perpetrator Description field.*

| First Name * | Middle Name | Last Name * | |
|---|---|---|---|
| Haley | | Lindstrom | *Note: If the AP's first and/or last name is not known, enter "Unknown" in the respective name field(s).* |

| Date of Birth * | Age | | Estimated Age * | Estimated Date of Birth | Gender * |
|---|---|---|---|---|---|
| 07/08/1981 | 43 | OR | | | Female ▾ |

Social Security Number

| | *Note: The social security number is requested to distinguish people from others with similar names and dates of birth. It is not required to complete the report.* |

Race

| Select one | ▾ |

**OR**

Perpetrator Description *

| . |

Address Type  Location Name

| Select one ▾ | |

| Street Address | Apt/Unit# | City | State | Zip Code | +4 | County | |
|---|---|---|---|---|---|---|---|
| | | | Select ▾ | | | Select one ▾ | + |

Phone Type  Phone Number  Extension

| Select one ▾ | | | + |

Email Type  Email Address

| Select one ▾ | | + |

## Allegations

At least one allegation must be checked. Check all that apply.

**Physical Abuse**

- ☐ Biting
- ☐ Burn
- ☑ Conduct intended to produce pain, injury
- ☐ Corporal/physical punishment
- ☐ Criminal assault 1st – 5th degree
- ☐ Forced separation of the VA from another person
- ☐ Forcing, compelling, enticing VA to perform services for another
- ☐ Hitting or punching
- ☐ Kicking
- ☐ Slapping
- ☐ Unexplained injury
- ☐ Unreasonable confinement, involuntary seclusion
- ☐ Use of chemical restraint
- ☐ Use of drugs to injure or facilitate crime
- ☐ Use of manual or physical restraint

**Emotional or Mental Abuse**

- ☐ Forced separation of the VA from another person against the wishes of the VA, or legal representative's wishes
- ☐ Gestured communication
- ☑ Oral communication
- ☐ Punishment
- ☐ Written communication

**Sexual Abuse**

- ☐ Criminal sexual conduct 1st – 5th degree
- ☐ Sexual contact or penetration between VA and service provider or facility staff
- ☐ Sexual contact with lack of capacity to consent
- ☐ Solicitation, inducement or promotion of the VA in prostitution
- ☐ Unwanted sexual contact

**Self Neglect**

An absence of necessary:

| Clothing | Health care | Services essential to welfare or safety of the person | Supervision |
| Food | Medication | Shelter | Unexplained injury |

**Caregiver Neglect**

Lack of supervision and/or failure to supply:

☐ Clothing        ☐ Lack of supervision resulting    ☐ Lack of supervision resulting    ☐ Medication    ☐ Supervision
☐ Food            in physical abuse                  in emotional abuse                 ☐ Services      ☐ Unexplained injury
☐ Health care     ☐ Lack of supervision resulting    ☐ Lack of supervision resulting    ☐ Shelter
                  in sexual abuse                    in financial exploitation

**Financial Exploitation (fiduciary)**

☑ Acquired possession/ownership/control of VA's money/possessions using undue influence/harassment/duress/fraud
☐ Forcing, compelling, enticing VA to perform services for another
☐ Funds failed to be used for benefit of the VA
☑ Spends or uses the money or possessions of the VA without authority
☐ Theft of medication
☐ Theft of money or possessions
☐ Theft of property
☐ Withholds the VA's money or possessions from the VA

AP's Financial Relationship to the VA
| Other ⌄ |

**Financial Exploitation (non-fiduciary)**

☐ Acquired possession/ownership/control of VA's money/possessions using undue influence/harassment/duress/fraud
☐ Forcing, compelling, enticing VA to perform services for another
☐ Funds failed to be used for benefit of the VA
☐ Spends or uses the money or possessions of the VA without authority
☐ Theft of medication
☐ Theft of money or possessions
☑ Theft of property
☐ Withholds the VA's money or possessions from the VA

## Maltreatment Allegation Detail

○ Yes  ◉ No   VA is deceased? *

Yes     No   VA is deceased as a result of suspected maltreatment? *

## Maltreatment Incident Information

If the date of incident is not known or able to be estimated, select the Unknown check box.

| Estimated Date * | Time * |
|---|---|
| | |
☑ Unknown *

◉ Yes  ○ No   Is the maltreatment continuing? *

◉ Yes  ○ No   VA has experienced serious injury as a result of maltreatment? *

**Location of Incident**
Please provide the Address, State, City, and County where it is believed the incident of suspected maltreatment occurred.
Enter Unknown if any of this information is not known.

Location Name *Note: Enter business name, financial institution, or landmark where the incident occurred. Ex. ABC Store, XYZ Bank, ABC State Park*
| Home |

| Street Address | Apt/Unit# | City * | State * | Zip Code | +4 | County * |
|---|---|---|---|---|---|---|
| 2026 Hwy 23 | | Mora | MN ⌄ | 55051 | | Kanabec ⌄ |

Description of Incident * *Note: Enter information regarding the incident of alleged maltreatment and any supplemental information regarding the VA and AP.*

Don has been going through a divorce and his wife agreed to allow him to buy her out of the home. She changed her mind and now has a court order that he cannot. He is not allowed to go to the home to get his medical supplies needed for his medical issues and is now homeless. Cannot get his medications either as they are in the home and financially, he is struggling. Verbal abuse along with some physical with pushing, arguments, if she has any contact with him. They do have children over and under 18.

## Impact/Effects on VA

...rable adult experienced or is suspected to have the following effects from the alleged maltreatment.
...st one item from the following needs to be selected, select all that apply and provide the applicable information within that field.)*

☑ **Hospitalization or medical treatment required**

| Diagnosis or Symptoms | | Admission or Treatment Date |
| --- | --- | --- |
| PTSD and anxiety, domestic abuse | | |

| Name of Hospital or Provider | Effect on VA |
| --- | --- |
| Therapeutic services | |

☑ **Worsening physical or mental health**

Describe the effect to physical or mental health
| PTSD, anxiety |
| --- |

Name of Medical Provider
| Therapeutic services |
| --- |

☑ **Physical, emotional, mental or sexual injury**

Identify and Describe the Injury
| PTSD |
| --- |

| Treatment Received? | Name of Medical Provider |
| --- | --- |
| ⦿ Yes  ◯ No | Therapeutic services |

☑ **Weight loss, malnutrition or dehydration**

| Lab Results or Weight Loss | Effect on VA |
| --- | --- |
| 10 pounds this last week | |

☐ **Environmental hazard**

| Describe Specific Hazard | Effect on VA |
| --- | --- |
| | |

☑ **Theft, loss, transfer, unauthorized expenditures, fraud or the withholding of money or property**

| Dollar Amount of Loss | Type of Asset | Effect on VA |
| --- | --- | --- |
| $ | Financial and medical supplies | Not able to heal or help medical issues  he  has |

☑ **Lack of utilities (gas, electric, water, phone)**

| Date of Utility Loss | Identify Type of Utility | Effect on VA |
| --- | --- | --- |
| 03/21/2025 | | Homeless |

☑ **Housing foreclosure, eviction or condemnation**

| Date of Action | Effect on VA |
| --- | --- |
| 02/28/2025 | Homeless |

☐ **Lack of reasonable or necessary food**

Effect on VA
| |
| --- |

☑ **Lack of reasonable or necessary clothing**

Effect on VA
| Clothing is in the home he cannot get into |
| --- |

☐ **Fire or fire risk**

| Effect on VA | Location |
| --- | --- |
| | |

| Date of Fire | Describe |
| --- | --- |
| | |

☑ **Lack of necessary health care, services or supervision**

| Describe | Why is VA Not Receiving? |
| --- | --- |
| Cant get medication, oxygen concentrator, nebulizer | Cannot return to his home |

| Effect on VA | Date of Service Loss |
| --- | --- |
| Medical issues getting worse | 02/28/2025 |

☐ VA's behavior creates a health or safety risk for the VA

Describe Hazard

Duration

Harm

Impact on VA

☐ Caregiver's behavior creates a health or safety risk for the VA

Describe Behavior

Impact on VA

☐ Other impact, harm or risk experienced by VA as a result of alleged maltreatment

Describe Behavior

☐ Unknown effect on the VA as a result of alleged maltreatment is suspected

☐ No effect on the VA as a result of alleged maltreatment is suspected

## Additional Sources of Information and VA Support Persons

First Name        Middle Name        Last Name

Role In Report                Relationship To Alleged Victim/Alleged Perpetrator
Select one                    Select one

Address Type  Street Address        Apt/Unit#    City            State        Zip Code   +4    County
Select one                                                       Select                        Select one

Phone Type   Phone Number         Extension
Select one

Email Type   Email Address
Select one

## Safety

### Protection

Has action been taken to protect the vulnerable adult from future harm? *   ◉ Yes  ○ No  ○ Unknown

What was the action taken? *
Trying to file an injunction against her but needs help with it

Who is responsible? *
VA

### Environmental Safety

Please indicate any safety concerns regarding the current location of the vulnerable adult.

☐ Criminal Activity              ☐ Environmental Hazards              ☐ Other
☐ Dangerous animals             ☐ Weapons

### Notification Made by Reporter

☐ 911                                          ☐ Ombudsman for Mental Health and Developmental Disabilities
☐ Law Enforcement because crime was alleged     ☐ Medical Examiner

**Assessment for Emergency Protection** *

Vulnerable Adult is/has: *(At least one of the four options must be checked. Check all that apply.)*

An incident of sexual assault is alleged within the past three weeks and VA has not received a sexual assault examination

Likely to be physically abused or sexually assaulted within the next 72 hours

Likely to be a victim of abuse, neglect or exploitation which will likely result in serious injury, harm or loss of health requiring medical care by a physician within the next 72 hours:

Illness or condition with no way to obtain necessary medical care

Physical or sexual assault

No food or water and no way to obtain food or water

Does not meet own needs for necessary care or supervision and there is no way to obtain necessary care

Dependent on a caregiver who does not meet the vulnerable adult's need for necessary care or supervision

Exposure to extreme heat, cold, or other environmental hazard

Other

☑ Not aware of abuse, neglect or exploitation that is likely to result in assault, serious injury, harm or loss of health to the VA within the next 72 hours

## Minnesota Adult Abuse Reporting Center - VA - CEP Report

Thank you

Your form has been submitted to the Minnesota Adult Abuse Reporting Center (MAARC).

Required notifications to Law Enforcement and Emergency Protective Services will be made by MAARC. This report will be referred to the Lead Investigative Agency by MAARC. If the reporter requested information regarding the status of this report, the information will come from the Lead Investigative Agency responsible. This notification will not come from MAARC.

If you want to print or save this form in PDF format for your records, click the "Print" button below. If you want a reference number for your report, record and save the "Report ID" below.

Date/Time Submitted: **Fri Mar 21 2025 12:44:58**          Web Report Number: **1000221011**

**MAARC is not able to provide any further information regarding the status of submitted reports.**