**mail.com**

## FW: Sauve

| | |
|---|---|
| **From:** | "Chris Perske" <Cperske@grannishauge.com> |
| **To:** | "Don Sauve" <donsauve@mail.com> |
| **Date:** | Apr 2, 2025 2:45:02 PM |

**RECEIVED**

APR 0 3 2025

CLERK, U.S. DISTRICT COURT
ST. PAUL, MINNESOTA

See email chain below, received today.

**From:** Chris Perske
**Sent:** Wednesday, April 2, 2025 2:39 PM
**To:** 'Benjamin Kaasa' <bck@duluthfamilylawyer.com>
**Subject:** RE: Sauve

I would tend to agree with the title company under the circumstances.

Mr. Sauve has financing available that will allow him to remain at the property and satisfy his obligations to your client. He opposes the sale to a third party without his ability to first complete the transaction.

Please send over a copy of the signed purchase agreement for my inspection.

We can bring the matter back to the Judge if your client prefers.

**From:** Benjamin Kaasa <bck@duluthfamilylawyer.com>
**Sent:** Wednesday, April 2, 2025 2:34 PM
**To:** Chris Perske <Cperske@grannishauge.com>
**Subject:** Re: Sauve

Chris,

**SCANNED**

APR 0 3 2025

U.S. DISTRICT COURT ST. PAUL

There is a buyer interested in purchasing the Sauve property. However, the title/closing company looking to facilitate the transaction is stating that they would like a quit claim deed signed by your client in order to maintain chain of title. It is being asserted that Ms. Lindstrom's signature alone is insufficient to transfer title to the buyer. Is Mr. Sauve willing to prepare a deed that transfers title of the property either to Ms. Lindstrom or to the buyer so my client can keep the process moving forward? Please advise.

BCK

------------------

Benjamin C. Kaasa

MN No. 390525

WI No. 1099563

11 E. Superior St., Ste 553

Duluth, MN 55802-2089

Telephone: (218)464-3397

Email: bck@duluthfamilylawyer.com

The contents of this message are subject to existing law, and the contents of this message are subject to attorney-client privilege when sent to a client. If you errantly received this message then (1) promptly inform the sender that you received the message and (2) delete the message.

On Wed, Mar 26, 2025 at 3:28 PM Benjamin Kaasa <bck@duluthfamilylawyer.com> wrote:

> Yes. The update is as follows:
>
> 1. Alicia has collected as many items as possible from your client's personal property list except for the bedding. The condition of the bedding is such that no one is willing to touch it. Please advise as to how your client prefers to collect his requested personal property items.

mail.com mail Sauve

2. Mr. Ness has determined that given the condition of the home that it should be listed for $169,900.00. That means that initially each party's share is worth a pre-expenses and costs of sale amount of $84,950.00.

3. While visiting the property today Corey was engaged by a gentleman named Martin Cunningham from North Star Mutual Insurance Company. Apparently a claim was made from a missing truck and tire tracks in the yard. I asked my client whether she made the claim and she said that did not. Did Mr. Sauve make a claim to the insurance company?

4. Child support arrears are currently at $22,240.35.

5. Unpaid attorneys fees from Don to Haley are currently at $9,016.81.

6. If Mr. Sauve is truly motivated to stay in the home then he is going to have to collect at least $116,207.16 plus Mr. Ness's commission. This isn't an offer from my client to your client to allow him to purchase the home. It is simply rough math.

7. None of this factors in the value of the vehicles in the front yard.

BCK

-----------------

Benjamin C. Kaasa

MN No. 390525

WI No. 1099563

11 E. Superior St., Ste 553

Duluth, MN 55802-2089

Telephone: (218)464-3397

Email: bck@duluthfamilylawyer.com

The contents of this message are subject to existing law, and the contents of this message are subject to attorney-client privilege when sent to a client. If you errantly received this message then (1) promptly inform the sender that you received the message and (2) delete the message.

On Tue, Mar 25, 2025 at 4:56 PM Chris Perske <Cperske@grannishauge.com> wrote:

> Mr. Kaasa:
>
> Any update from your client on this matter?
>
> **Christopher (Chris) Perske**
>
> Attorney at Law
>
> ## GRANNIS & HAUGE, P.A.
>
> **3459 Washington Drive, Suite 206**
>
> **Eagan, MN 55122**
>
> Phone: 651.456.9000
>
> Fax: 651.454.4232
>
> **CONFIDENTIALITY NOTICE:** The information contained in this transmission is only for the named recipient(s) above. It may contain confidential information that is privileged or that constitutes attorney work product. If you are not the Intended recipient, you are hereby notified that any dissemination, distribution, or copying of this e-mail and/or attachment(s) is strictly prohibited. If you receive this e-mail in error, please notify the sender at (651) 456-9000 or by replying to this e-mail and delete the message and any attachments from your system. Thank you.
>
> **POTENTIAL NEW CLIENT NOTICE:** Sending us an email or submitting a web-contact form will not make you a client of our firm. Until we have agreed to represent you, anything you send us will not be confidential or privileged. Before we can represent you, a lawyer will first take you through our conflict of interest procedure and see that you are put in touch with the lawyer best suited to handle your matter. If you proceed with an email or web-contact submission, you confirm that you have read and understood this notice.
>
> **IRS Circular 230 disclosure:** To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.